UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                            |
                                            |
NANCY EDWARDS,                              | Case No. 1:08-cv-374
                                            |
    Plaintiff,                              | HONORABLE PAUL L. MALONEY
                                            |
    v.                                      | Magistrate Judge Joseph G. Scoville
                                            |
COMMISSIONER OF SOCIAL SECURITY,            |
                                            |
    Defendant.                              |
                                            |
_____

## **JUDGMENT**

The Commissioner's denial of disability benefits is **AFFIRMED**.

Judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED** this  10th   day of September 2009.

                                    /s/ Paul L. Maloney
                                    Honorable Paul L. Maloney
                                    Chief United States District Judge